# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES D. LAMMERS,**
        Petitioner,

v.                              Case No. 13-CV-00028

**STATE OF WISCONSIN,**
        Respondent.

## ORDER

On April 5, 2013, I ordered respondent to answer petitioner's petition for a writ of habeas corpus within 30 days. Respondent now requests permission to file a dispositive motion in lieu of an answer, and I will grant its request.

**THEREFORE, IT IS ORDERED** that respondent may file a dispositive motion in lieu of an answer to the petition. The parties shall abide by the following schedule regarding the filing of briefs on the merits of respondent's motion: (1) petitioner shall have 45 days following the filing of respondent's dispositive motion and supporting initial brief within which to file a brief in opposition; and (2) respondent shall have 30 days following the filing of petitioner's opposition brief within which to file a reply brief, if any.

Dated at Milwaukee, Wisconsin, this 28th day of April 2013.

                                                      s/ Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge